# United States Court of Appeals
## For the First Circuit

No. 08-1773

PAULA D. CASAMENTO,

Plaintiff, Appellant,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY;
BOSTON CARMEN'S UNION, LOCAL 589,

Defendants, Appellees.

**ERRATA**

The opinion of this Court, issued on December 16, 2008, should be amended as follows:

On page 3, line 23, and on page 4, line 1, "Schl**eu**ter" should be "Schl**ue**ter".